AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

THE PREMISES OF

WASHINGTON, DC 20011

(Further described below)

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

FILED
JUN 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 06-297-M-01

I   MARCUS PURKISS   being duly sworn depose and say:

I am a(n)   Special Agent with the Department of State, Diplomatic Security Service   and have reason to believe
(Official Title)

that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)
2, Washington, DC, is a three-story building and incorporates 12 units, as further described in the affidavit which is attached hereto and is incorporated reference

there is now concealed a certain person or property, namely (describe the person or property to be searched)
**contents more fully described in ATTACHMENT A, which is attached hereto and is incorporated reference**

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
**evidence, fruits, and instrumentalities of the crimes**

concerning a violation of Title __42__ United States Code, Section(s) __§ 408(a)(7)(A)__. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

JEFFREY R. RAGSDALE
Federal Major Crimes Section
(202) 514-8321

X _____
Signature of Affiant
Marcus Purkiss, Special Agent
United States Department of State,
Diplomatic Security Service

Sworn to before me, and subscribed in my presence

JUN 2 6 2006                           at Washington, D.C.

Date   JOHN M. FACCIOLA
       U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

_____
Signature of Judicial Officer