# AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT FOR THE PREMISES OF:

### Washington, DC 20011

I, Marcus Purkiss, having been duly sworn, hereby depose and state:

## BACKGROUND

I am employed as a Special Agent of the United States Department of State, Diplomatic Security Service and am assigned to the Washington Field Office (WFO) in Dunn Loring, Virginia. I have been employed as a Special Agent since May of 2005. I graduated from Boise State University with a Bachelor of Arts degree in Political Science and a Masters Degree in Criminal Justice Administration. My duties include the investigation of crimes involving passport fraud. I have had seven months of combined training at the Federal Law Enforcement Training Center and the Diplomatic Security Training Center. The information contained in this affidavit is based upon Affiant's personal knowledge in addition to information provided to Affiant by other law enforcement officials. This affidavit does not contain every material fact that I have learned during the course of this investigation; however, no information known to me that would tend to negate probable cause has been withheld from this affidavit.

## LOCATIONS TO BE SEARCHED

xx            W Apartment xxx, Washington, DC 2001, is a three-story building and incorporates 12 units. The exterior of the building consists of red brick, with a white trim outlining each set of windows. There is one main entrance/exit, which is centrally located and can be accessed through the front and back of the building. The front

entrance/exit is marked by a blue canopy with the numbers "xxx" that covers the door. A strip of grass (approximately 10 feet wide) separates the building from the sidewalk—a standard metal chain fence divides the strip of grass and sidewalk.

### DETAILS OF INVESTIGATION

1. On or about May 30, 1990, ADUMEKWE submitted an Application for a Social Security Number and Card (Form SS-5) in the name of Stanley Okey STANFIELD. On this application, ADUMEKWE provided a date of birth of x/xx/xxxx and place of birth of Newark, NJ. In the "Types of Evidence Submitted" section of the application, Newark, NJ Birth Certificate number xxxx and AT&T Card Number xxxxxxxxxxxxxxx were presented. On or about May 30, 1990, the SSA approved the application and ADUMEKWE was assigned his second SSN (xxx-xx-xxxx).

2. A National Law Enforcement Telecommunications System (NLETS) database check showed that ADUMEKWE acquired Washington, DC Drivers' License xxxxxxxx in the name of Stanley Okey STANFIELD in 1991 (expiration date of 8/6/1994). ADUMEKWE's most recent renewal of Washington, DC Drivers' License xxxxxxxx was on 10/16/2003, with an expiration date of 07/12/2008. The current registered address for the license is                       xxx, Washington, DC 20011.

3. A passport records check revealed that on February 8, 1991, an individual identifying himself as Stanley Okey STANFIELD, claiming to have been born on July xx, xxxx in Newark, New Jersey, executed a DS-11 application for U.S. Passport in Silver Spring, Maryland. As proof of identity and citizenship, ADUMEKWE presented Social Security Number xxx-xx-xxxx, Washington, DC Driver's License xxx-xx-xxxx

with expiration date of 8/6/1994, and Newark, New Jersey Birth Certificate number xxxx issued 5/3/1990. U.S. Passport number xxxxxxxxxx was subsequently issued on February 19, 1991.

4. A National Crime Information Center (NCIC) check for Stanley Ejike ADUMEKWE with a date of birth of July xx, xxxx revealed an arrest for simple assault on September 7, 1992 by the Washington, D.C. Police Department. The arrest photograph of ADUMEKWE bore a strong resemblance to the DS-11 photograph of the individual identifying himself as STANFIELD in the DS-11 application filed on February 8, 1991.

5. On August 8, 1995, a check with the New Jersey State Bureau of Vital Statistics revealed that there is no record of birth for STANLEY OKEY STANFIELD with a date of birth in Newark, New Jersey on July xx, xxxx.

6. On August 29, 1995, Agents of the Diplomatic Security Service interviewed ADUMEKWE who admitted to using a counterfeit New Jersey Birth Certificate and a fraudulently obtained Washington, DC Driver's License in the name of Stanley STANFIELD to acquire U.S. Passport number xxxxxxxx in the name of Stanley STANFIELD. ADUMEKWE prepared a sworn statement declaring the following: "I got birth certificate from New York (New Jersey Birth Certificate) in the name Stanley Stanfield at the cost of $300 and applied for passport in MD Post Office and Social Security Card #xxx-xx-xxxx and I got the passport post office box in MD and traveled in Nigeria 3 times. It was lost April 1995 on my trip from Boston then to concert and my trunk was broken into and a bag that contained the passport was stolen." ADUMEKWE

then signed the sworn statement, which was witnessed by three Diplomatic Security Agents.

7. Western Union records, derived from a subpoena, revealed that on 02/12/2004, ADUMEKWE wired $1,300 to Ezenwa Ozurumba NKPADO using the name Stanley STANFIELD. The transaction was initiated in Washington, DC and completed in Nigeria. Documents used to verify identity include Washington DC Drivers' License xxxxxxxxxx (issue date 10/16/2003, expiration date 07/12/2008).

8. Citibank records, derived from a subpoena, revealed that on June 6, 2005, ADUMEKWE opened savings account number xxxxxxxxxx in the name of Stanley O. STANFIELD. References used to open the account include DC Drivers' License xxxxxxxxxx (issue date 10/16/2003, expiration date 07/12/2008), an Employee Photo ID—Taxicab Commission Employee Number xxxxxx (expiration date 07/31/2005), and Social Security Number xxx-xx-xxxx.

9. On March 21, 2006, ADUMEKWE was cited by Metropolitan Police Department for violating P159 (parking in an AM Rush Hour Zone). ADUMEKWE presented Washington, DC Drivers' License xxxxxxxxx (issue date 10/16/2003, expiration date 07/12/2008) in the name of Stanley Okey STANFIELD to the officer. Subsequently, a court hearing was established for May 1, 2006 regarding the P159 violation due to ADUMEKWE failing to pay the fine. Altogether, since 1993, ADUMEKWE has received 14 traffic violations in the name of Stanley Okey STANFIELD; for all 14 traffic violations, ADUMEKWE utilized Washington, DC Drivers' License xxxxxxxxx in the name Stanley Okey STANFIELD as proof of identity. On July 21, 2005, ADUMEKWE (representing himself as Stanley Okey STANFIELD)

obtained a police records check from the Metropolitan Police Department in the name Stanley Okey STANFIELD.

10. On August 9, 2005, Special Agents (SAs) Marcus PURKISS and James GUANCI (assigned to the Diplomatic Security Washington Field Office) conducted surveillance on the suspected residence of Stanley Ejike ADUMEKWE (i.e. xxx Madison Street NW #xxx, Washington, DC 20011). The surveillance was commenced at approximately 4:00am and lasted until 8:30am. Upon the initial drive by of the residence, a dark blue cab with the description "Five Star #xx" written in white letters and license plate number DC xxxxxx was detected on the curbside of ADUMEKWE's suspected residence. Accordingly, at approximately 7:30am a man that bore a very strong resemblance to the February 17, 2004 DSP-11 photograph of Stanley Ejike ADUMKEWE was identified leaving the residence of xxx Madison Street NW #xxx, Washington, DC 20011 and entering a "Five Star #xx" dark blue cab with license plate number DC xxxxxxxx.

11. On August 9, 2005, SAs Marcus PURKISS and James GUANCI interviewed Malik, manager of the Five Star Cab Association regarding his association with Stanley Ejike ADUMEKWE. Malik verified that the owner of the cab was Stanley STANFIELD. Upon presenting Malik with the February 17, 2004 DSP-11 photograph of Stanley Ejike ADUMEKWE, Malik verified that the man depicted was Stanley STANFIELD. When asked if there were any records on STANFIELD, Malik offered two (2) expired taxicab license and identification cards with accompanying expired Washington, DC driver's license and one (1) signed expired Washington, DC Department of Motor Vehicles' Vehicle for Hire License Application, all in the name of Stanley Okey STANFIELD. All

the documents had photographs on them that were consistent with the February 17, 2004 DSP-11 photograph of Stanley Ejike ADUMEKWE.

12. On August 16, 2005, SAs Marcus PURKISS and James GUANCI conducted surveillance on the suspected residence of Stanley Ejike ADUMEKWE (i Street NW #xxx, Washington, DC 20011). The surveillance was commenced at approximately 5:00am and lasted until 8:30am. Upon the initial drive by of the residence, a dark blue cab with the description "Five Star #xx" written in white letters and license plate number DC xxxxxxxx was detected on the curbside of ADUMEKWE's suspected residence. Accordingly, at approximately 7:30am the individual known to the agents as Stanley Ejike ADUMEKWE, a/k/a Stanley Okey STANFIELD was identified leaving the residence of xxx ' #xxx, Washington, DC 20011 and entering a "Five Star #xx" dark blue cab with license plate number DC xxxxxxxx. ADUMEKWE preceded west down Madison Street onto Shepherd Road. SUBJECT stopped on Shepherd Road and was viewed moving to and from his "Five Star #xx" dark blue cab and a red Nissan Altima with Pennsylvania 30 day temporary license plate number xxxx-xxx. ADUMEKWE then was observed heading south on 7th Street before leaving the area.

13. A National Law Enforcement Telecommunications System (NLETS) database check revealed the 1995 Lincoln Town Car with Washington, DC tag number xxxxxx and Vehicle Identification Number (VIN) xxxxxxxxxxxxxxxxx, is registered to Stanley Okey STANFIELD with Social Security Number xxx-xx-xxxx. The registered address of the vehicle is xxx ;W, Washington, DC 20011.

14. On February 27, 2006, SA PURKISS sent a request to Supervisory Special Agent Eric RYAN of the Office of Inspector General (OIG) to examine ADUMEKWE's Social Security history. Review of ADUMEKWE's case file revealed that he has applied for and received three different Social Security Numbers.

15. On or about January 19, 1989, Stanley Ejike ADUMEKWE (DOB x/xx/xxxx) submitted a fraudulent Application for a Social Security Number and Card (Form SS-5) in the name of Ejike Stanley ADUMEKWE date of birth of xx/xx/xxxx. On or about January 19, 1989, the Social Security Agent (SSA) approved the application and assigned SUBJECT Social Security Number **xxx-xx-xxxx**.

16. On or about May 5, 1991, ADUMEKWE submitted an Application for a Social Security Card (Form SS-5) in the name of Stanley Ejike ADUMEKWE. On this application, ADUMEKWE provided a date of birth of xx/xx/xxxx and a place of birth of Port Harcourt, Nigeria. In the "Evidence Submitted" section of the application, an I-688B—Alien Registration Number Axxxxxxxx (issued 05/03/1991)—and passport number Axxxxxx were presented. On or about May 5, 1991, the SSA approved the application and ADUMEKWE was assigned a third SSN, **xxx-xx-xxxx**.

17. Based upon my training, experience, and participation in document fraud investigations, your Affiant knows the following: a) persons living under assumed identities maintain identity documents in that named identity on their person and in their residence and vehicle, as they must be handy for identification purposes b) while living an assumed identity, an individual collects documents and papers to further support this assumed identity c) individuals living under assumed identities keep hidden on their person or in their residence, legitimate identity documents in their true identity d) those

involved in fraudulent activities commonly maintain addresses or telephone numbers in books or papers which reflect names, addresses and/or telephone numbers of their associates involved in fraudulent activities. These documents include records receipts, notes, ledgers, and other papers, including any computerized or electronic records, relating to document fraud; address and/or telephone notebooks and papers, including any computerized or electronic records, reflecting names, addresses and telephone numbers; travel records, including but not limited to, passports, visas, airline tickets, boarding passes, and airline ticket receipts.

18. Based on the above information, your Affiant has probable cause to believe, and does believe, that Stanley Ejike ADUMEKWE, a/k/a Stanley Okey STANFIELD, has violated Title 18, United States Code, Sections 1028(a)(3) and 1028(a)(4) in that he knowingly possesses identification documents with intent to use unlawfully; and knowingly possesses an identification document—other than one issued lawfully for the use of the possessor, to defraud the United States. Your Affiant also has probable cause to believe, and does believe, that Stanley Ejike ADUMEKWE, a/k/a Stanley Okey STANFIELD, has violated Title 42, United States Code, § 408(a)(7)(A) in that he willfully, knowingly, and with intent to deceive, used multiple social security account numbers, assigned by the Commissioner of Social Security on the basis of false information furnished to the Commissioner of Social Security by him. Lastly, your Affiant respectfully submits that probable cause exists to believe that evidence, fruits and instrumentalities of these violations, namely, the items listed in Attachment A, will be found at xxx                    rtment xxx, Washington, DC 20011. Accordingly, your Affiant respectfully requests that this Court issue a search warrant for the search and

seizure of the items listed in Attachment A. The undersigned swears under penalty of perjury that the foregoing is true and correct to the best of his knowledge and belief; the undersigned respectfully requests a search warrant be issued specified herein.

X _____
Marcus Purkiss
Special Agent
U.S. Department of State
Diplomatic Security Service

JUN 2 6 2006
SUBSCRIBED AND SWORN TO BEFORE ME THIS ___ OF JUNE, 2006

_____
UNITED STATES MAGISTRATE JUDGE

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

ATTACHEMENT A

**ITEMS TO BE SEIZED FROM**
**, WASHINGTON, DC**

Social Security Card for number xxx-xx-xxxx in the name Stanley Okey Stanfield.

Social Security Card for number xxx-xx-xxxx in the name Ejike Stanley Adumekwe.

Washington, DC Drivers' License for number xxxxxxxxx in the name Stanley Okey Stanfield. issued 10/16/2003 with expiration expires 07/12/2008.