AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**THE PREMISES OF**

~~Washington, DC~~

**FILED**

JUL 0 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## SEARCH WARRANT

CASE NUMBER: 06-297-M-01

TO: __MARCUS PURKISS__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Marcus Purkiss_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

_____ Washington, DC, is a three-story building and incorporates 12 units, as further described in the affidavit which is attached hereto and is incorporated reference

there is now concealed a certain person or property, namely (describe the person or property)

**contents more fully described in ATTACHMENT A, which is attached hereto and is incorporated reference**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _July 5, 2006_
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUN 2 6 2006
_____   at Washington, D.C.
Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
_____   _[signature]_
Name and Title of Judicial Officer   Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>06/26/2006 | DATE AND TIME WARRANT EXECUTED<br>06/29/2006  9:45 AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF | | |

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

1 - SSN Card 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 in the name of Jennifer N. Onumonu

1 - SSN Card 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 in the name of Stephanie Monique McKay Adumekwe

1 - SSN Card 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 in the name of Portia M. McKay Adumekwe

1 - Maryland DL #                    C in the name of Stanley Ejike Adumekwe (Expired)

**FILED**

JUL 0 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

U.S. Judge or U.S. Magistrate Judge        7-7-06   Date